In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-321 CV
 ______________________


SEABRIGHT INSURANCE COMPANY, Appellant



V.



PAULA ROSE, RODNEY ROSE, STONEBURNER-VERRET


ELECTRIC CO., INC. AND CITGO PETROLEUM CORPORATION, Appellees


 




On Appeal from the 60th District Court


Jefferson County, Texas


Trial Court No. B-176,978






 MEMORANDUM OPINION


 The appellant, SeaBright Insurance Company, filed a request to dismiss this appeal.
The request is voluntarily made by the appellant prior to any decision of this Court and
should be granted. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The
request to dismiss is granted and the appeal is dismissed.


 APPEAL DISMISSED.


 _________________________________

 DAVID GAULTNEY

 Justice 

 

Opinion Delivered November 13, 2008 

Before McKeithen, C.J., Gaultney and Kreger, JJ.